No. 12–6148.  IRENE *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied.

No. 12–6155.  WIGGINS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–6182.  BRAKEMAN *v.* WANDS, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 12–6186.  DIAZ-GALIANA, AKA DIAZ-ROSAS, AKA DIAZ ROSAS, AKA DIAZ *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–6190.  ADGER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–6192.  ROBINSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–6193.  EL SAYED *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–6194.  DEBERRY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 12–6195.  SUMPTER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–6202.  SOLER-NORONA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–6207.  CONZE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–6210.  BURGESS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–6213.  BARRAGAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–6217.  GRANT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–6218.  HINTON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.